## IN THE SUPREME COURT OF PENNSYLVANIA
## EASTERN DISTRICT

CITY OF PHILADELPHIA : No. 54 EM 2017
:
:
v. :
:
:
:
CHARMAINE PRATER AND C/O ELLA :
MASSARD PRATER, AN :
INCAPACITATED PERSON :
:
:
:
PETITION OF: CHARMAINE PRATER :

## ORDER

**PER CURIAM**

    **AND NOW**, this 7th day of June, 2017, the "Petition of Allowance to Nun [sic] Pro Tunc Reinstate" is **DENIED**.